IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE MOORISH AMERICAN
PEOPLE OF THE UNITED
STATES OF AMERICA REPUBLIC,

    Plaintiff,

v.                               4:18cv545–WS/CAS

KEN DETZNER, and
NICHOLAS DOLAN,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No. 5) docketed January 8, 2019. The magistrate judge recommends that Plaintiff's

motion for in forma pauperis status be denied and that the case be dismissed for

lack of counsel and for failure to pay the filing fee. Plaintiff has filed no objections

to the report and recommendation.

The court has reviewed the record and has determined that the magistrate

judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion for in forma pauperis status (ECF No. 3) is DENIED.

3. Plaintiff's complaint and this action are DISMISSED without prejudice for lack of counsel and for failure to pay the filing fee.

4. The clerk shall enter judgment stating: "All claims are dismissed without prejudice." The case shall be closed.

DONE AND ORDERED this ___12th___ day of ___February___, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE